# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WAYNE COFFEN, TERA GANTT, and ANDREA MASSENGILE<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON CONVENTION & SPORTS AUTHORITY t/a EVENTS DC and GREGORY O'DELL, CEO (in his individual capacity),<br><br>Defendants. | Case No. 16-1064 (RJL)<br><br>Judge: Richard J. Leon |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the Plaintiffs Wayne Coffen, Tera Gantt, and Andrea Y. Massengile ("Plaintiffs") and remaining Defendant, Washington Convention and Sports Authority ("Defendant"), through their undersigned counsel who are authorized by their respective clients to execute this Stipulation on their behalves, that having settled this action and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all claims in the above-captioned action be dismissed against Defendant, with prejudice, with each party to bear its own fees and costs, and further that Plaintiffs are barred from bringing another claim against Defendant under the Fair Labor Standards Act, the District of Columbia Minimum Wage Act, and the District of Columbia Wage Payment and Collection Law, or any other state or local law for wages, including overtime pay, for the period set forth in the Complaint.

|  |  |  |
|---|---|---|
| Dated: February 19, 2018 | By: | /s/ Jason C. Crump <br> _____ <br> Jason C. Crump <br> *ATTORNEYS FOR PLAINTIFFS* <br> SMITH GRAHAM & CRUMP, LLC <br> 9701 Apollo Drive, Suite 410 <br> Largo, MD 20774 <br> (301) 925-2001 (Tel) <br> (301) 925-2540 (Fax) <br> jcrump@smithgrahamcrump.com |
|  | By: | /s/ Joshua Alloy <br> _____ <br> Joshua F. Alloy <br> *ATTORNEYS FOR DEFENDANT* <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> 601 Massachusetts Ave., NW <br> Washington, D.C. 20001 <br> (202) 942-5895 (Tel) <br> (202) 942-5999 (Fax) <br> josh.alloy@apks.com |

So Ordered this_____ day
of _____, 2018

_____
UNITED STATES DISTRICT COURT JUDGE